# Court of Appeals
# of the State of Georgia

ATLANTA, May 31, 2018

*The Court of Appeals hereby passes the following order*

**A18I0186. DAVID E. SCARBOROUGH v. KIMBERLY SUMMEY et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2016CV263 2016CV264 2016CV265 2016CV232



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, May 31, 2018.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*